UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 08-35012
FRED JACKSON | (Chapter 13)
ALTHEA JACKSON |
Debtors | JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066267**

| Ct / Tee Claim # | Address | Amount |
| --- | --- | --- |
| 2/ 3 | HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33510 | 36.25 |
| 2/ 37 | HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33510 | 274.20 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/11/2011

Certificate of Service           08-35012

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

FRED JACKSON
ALTHEA JACKSON
332 ENTERPRISE STREET
SIDNEY, OH  45365

DUANE A GOETTEMOELLER
126 N MAIN AVE
BOX 987
SIDNEY, OH  45365

(35.1n)
ECAST SETTLEMENT CORPORATION
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ  85712

(28.1n)
HSBC BANK NEVADA NA
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ  85712

(3.1)
HSBC MORTGAGE SERVICES
636 GRAND REGENCY BLVD
BRANDON, FL  33510

(3.3)
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

(37.1)
HSBC MORTGAGE SERVICES
636 GRAND REGENCY BLVD
BRANDON, FL  33510

(37.3)
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

(29.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(36.1n)
JOHN D CLUNK CO LPA
% SCOTT P CIUPAK
4500 COURTHOUSE BLVD
SUITE 400
STOW, OH  44224

(30.1n)
MOSS CODILIS LLP
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

(35.4n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(37.4)
SCOTT P CIUPAK
LAW OFFICES OF JOHN D CLUNK
4500 COURTHOUSE BKVD
SUITE 400
STOW, OH  44224

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                         sv